**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X
INNOVATIVE TECHNOLOGY HOLDINGS, LLC,

                   Plaintiff,

    - against -

DEMAND ELECTRIC, INC., et al.,

                  Defendants.
---------------------------------------X

**ORDER**

20 Civ. 3273 (VM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2021

**VICTOR MARRERO, United States District Judge.**

The parties are directed to submit a joint letter no later than February 26, 2021 addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan. The Case Management Plan must provide that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in Light of COVID-19, available at the Court's website. The Court will assess the need for an Initial Case Management Conference after reviewing the submission.

Dated:    January 19, 2021
           New York, New York

                                              Victor Marrero
                                              U.S.D.J.